THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN COLLINS, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered November 18, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.